IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EMMA COX**                                                                                  **PLAINTIFF**

**V.**                                                               **CAUSE NO.: 4:06CV102-SA-EMB**

**MISSISSIPPI DEPARTMENT**                                       **DEFENDANT**
**OF CORRECTIONS**

## ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued today, it is hereby ORDERED that:

(1)    the Defendant's Motion to Dismiss, or in the Alternative, Summary Judgment is

        GRANTED; therefore,

(2)    this case is CLOSED.

SO ORDERED, this the 26th day of June 2008.

                                                             **/s/ Sharion Aycock**
                                                             **UNITED STATES DISTRICT JUDGE**